ROBERT E. CAREY, Jr. (SBN 47556)
CHRISTOPHER P. SUN (SBN 250109)
CAREY & CAREY
PO BOX 1040
PALO ALTO, CA  94301-1040
Telephone: (650) 328-5510
Facsimile:  (650) 853-3632

Attorney for Defendant
Jorge Jasso

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO.   CR 19-00035 BLF |
| Plaintiff, | |
| v. | STIPULATION AND ORDER EXCLUDING TIME PURSUANT TO THE SPEEDY TRIAL ACT |
| JORGE JASSO, et al. | |
| Defendants. | |

It is hereby stipulated between the defendant Jorge Jasso through his counsel Robert E. Carey, Jr., and the government, through Assistant United States Attorney Claudia A. Quiroz, that the further status date of February 4, 2020, at 8:30am be continued to February 18, 2020 at 8:30am.  The rationale underlying this continuance is to coordinate issues regarding the legal representation of Mr. Jasso in two separate cases.

1. The parties agree that the time between February 4 and February 18, 2020, should be excluded for the calculation of time under the Speedy Trial Act so that defense counsel has sufficient time to prepare, taking into account the exercise of due diligence.

2. Given these circumstances, the ends of justice served by excluding the period from February 4, 2020 through February 18, 2020 from Speedy Trial Act calculations outweigh the interests

STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME PURSUANT TO THE SPEEDY TRIAL ACT
CR 19-00035 BLF

of the public and the defendants in a speedy trial by allowing for the defense to prepare effectively and for continuity of counsel, in accordance with 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS HEREBY ORDERED that:

Good cause having been shown, the period from February 4, 2020 through February 18, 2020 is excluded from the Speedy Trial Act calculations. The Court finds that the ends of justice served by excluding that period from Speedy Trial Act calculations outweigh the interests of the public and the defendants in a speedy trial by allowing for the defense to prepare effectively, and for continuity of counsel, in accordance with 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

DATED: January 31, 2020

_____
HONORABLE BETH LABSON FREEMAN
United States District Judge

Approved As To Form:

DAVID L. ANDERSON
United States Attorney

_____/s/_____
CLAUDIA A. QUIROZ
STEPHEN MEYER
Assistant United States Attorneys

_____/s/_____
ROBERT E. CAREY, JR.
Counsel for Defendant JORGE JASSO