# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>          Plaintiff,<br>     v.<br>JORGE JASSO,<br>          Defendant. | Case No. 19-cr-00035-BLF-2<br><br>**ORDER FOLLOWING PRETRIAL CONFERENCE** |

The Final Pretrial Conference was held on October 5, 2021. The Parties SHALL file all pretrial submissions required by this Court's Standing Order re Criminal Trials **no later than February 18, 2022**, with the exception of motions *in limine*. Because the Court has already held the pretrial conference, no motions *in limine* will be accepted.

The Court intends to empanel a jury and hold this trial immediately following the conclusion of the trial in the related case, *United States v. Vincent Gerald Garcia & Jorge Jasso*, No. 18-cr-00466.

**IT IS SO ORDERED.**

Dated: October 6, 2021

_____
BETH LABSON FREEMAN
United States District Judge